# CIVIL COVER SHEET

JS 44 (WDMO Rev. 1/05)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Mary Ionella Knight
Mark Stajduhar

### DEFENDANTS
CNS International Ministries, Inc., Charles N. Sharpe Foundation, (see attached for additional defendants)

(b) County of Residence of First Listed Plaintiff: Jackson County, MO
County of Residence of First Listed Defendant: Knox County, MO

(c) Attorney's (Firm Name, Address, and Telephone Number)
Mark E. Parrish
James, Totta & Parrish, L.L.C.
218 N.E. Tudor Road, Lee's Summit, Missouri 64086
816-554-1500 (see attached for additional attorneys)

Attorneys (If Known)
Richard F. Modin Mo. Bar #27719
Dougherty, Modin & Holloway
10100 Ambassador Dr., Suite 220, Kansas City, MO 64153
816-891-9990 (see attached for additional attorneys)

(d) Does this case seek a declaration judgment that a Missouri statute, rule or regulation is unconstitutional on its face or seek to enjoin the enforcement of a rule or regulation as to all persons because it is unconstitutional on its face? No

NOTE: Do not include cases that only allege that the State of Missouri or any of its agencies have acted unconstitutionally or petitions or complaints filed by persons confined in federal, state, county or municipal penal institutions, jail or mental institutions.

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity 28 USC Sec. 1332 (d)(2)* (Indicate Citizenship of Parties in Item III)
  *Class Action Fairness Act of 2005

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| (Mark Stajduhar) | | | | | |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation (see attached for explanation concerning diversity) | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury - | 620 Other Food & Drug | 423 Withdrawal | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product | Med. Malpractice | 625 Drug Related Seizure | 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | Liability | 365 Personal Injury - | of Property 21 USC 881 | | 450 Commerce |
| 150 Recovery of Overpayment | 320 Assault, Libel & | Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 460 Deportation |
| & Enforcement of Judgment | Slander | 368 Asbestos Personal | 640 R.R. & Truck | 820 Copyrights | 470 Racketeer Influenced and |
| 151 Medicare Act | 330 Federal Employers' | Injury Product | 650 Airline Regs. | 830 Patent | Corrupt Organizations |
| 152 Recovery of Defaulted | Liability | Liability | 660 Occupational | 840 Trademark | 480 Consumer Credit |
| Student Loans | 340 Marine | PERSONAL PROPERTY | Safety/Health | | 490 Cable/Sat TV |
| (Excl. Veterans) | 345 Marine Product | 370 Other Fraud | 690 Other | | 810 Selective Service |
| 153 Recovery of Overpayment | Liability | 371 Truth in Lending | LABOR | SOCIAL SECURITY | 850 Securities/Commodities/ |
| of Veteran's Benefits | 350 Motor Vehicle | 380 Other Personal | 710 Fair Labor Standards | 861 HIA (1395ff) | Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle | Property Damage | Act | 862 Black Lung (923) | 875 Customer Challenge |
| 190 Other Contract | Product Liability | 385 Property Damage | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| 195 Contract Product Liability | [X] 360 Other Personal | Product Liability | 730 Labor/Mgmt.Reporting | 864 SSID Title XVI | 890 Other Statutory Actions |
| 196 Franchise | Injury | | & Disclosure Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 740 Railway Labor Act | FEDERAL TAX SUITS | 892 Economic Stabilization Act |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff | 893 Environmental Matters |
| 220 Foreclosure | 442 Employment | Sentence | 791 Empl. Ret. Inc. | or Defendant) | 894 Energy Allocation Act |
| 230 Rent Lease & Ejectment | 443 Housing/ | Habeas Corpus: | Security Act | 871 IRS—Third Party | 895 Freedom of Information |
| 240 Torts to Land | Accommodations | 530 General | | 26 USC 7609 | Act |
| 245 Tort Product Liability | 444 Welfare | 535 Death Penalty | | | 900 Appeal of Fe |
| 290 All Other Real Property | 445 Amer. w/Disabilities - | 540 Mandamus & Other | | | Under Equal Access |
| | Employment | 550 Civil Rights | | | to Justice |
| | 446 Amer. w/Disabilities - | 555 Prison Condition | | | 950 Constitutionality of |
| | Other | | | | State Statutes |
| | 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [XX] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

If this is a removal from state court list the county Jackson and the case number 05CV-23894

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USCA Sec. 1332
Brief description of cause: Proposed class action brought by two former students against defendants, including religious school and employees for various injuries allegedly suffered by plaintiffs

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 (see attached)
DEMAND $ More than 5,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: November 16, 2005

SIGNATURE OF ATTORNEY OF RECORD

**IMPORTANT - The submission of this Civil Cover Sheet does not constitute the filing of your complaint. You MUST electronically file your complaint upon notification from the Clerk's Office.**

JS 44 Reverse (WDMO Rev. 1/05)

## ATTACHMENT TO CIVIL COVER SHEET

I    Additional attorney for plaintiffs:

Richard C. Miller, Mo. Bar # 29595
Monsees, Miller, Mayer, Presley & Amick, P.C.
4717 Grand Avenue, Suite 820
Kansas City, MO 64112-2258

Additional defendants:

CNS Corporation
Ozark National Life Insurance Company
Charles N. Sharpe
Laurie J. Sharpe
Charles R. Patchin
David R. Melton
Michael K. Peterson
Rebecca Powell
Eric D. Kiepke
Ronald G. Osbon, Jr.
Amy Wilson
Heather Clark
Rich Ludeman
David Moss
Jason Flood
Farah Abusaada

Attorneys for defendants:

CNS International Ministries, Inc.,
Charles N. Sharpe and
Laurie J. Sharpe:

>Richard F. Modin, Esq.
>Dougherty, Modin & Holloway
>10100 Ambassador Drive, Suite 220
>Kansas City, MO 64153
>816/891-9990
>Fax 816/891-9905

>and

>Robert T. Haar, Esq.
>Lisa A. Pake, Esq.
>Haar & Woods, LLP
>1010 Market Street, Suite 1620
>St. Louis, MO 63101
>314/241-2224
>Fax 314/241-2227

Charles N. Sharpe Foundation,
CNS Corporation,
Ozark National Life Insurance Company, and
David Melton:

>Richard F. Modin, Esq.
>Dougherty, Modin & Holloway
>10100 Ambassador Drive, Suite 220
>Kansas City, MO 64153
>816/891-9990
>Fax 816/891-9905

>and

>Timothy Belz, Esq.
>Ottsen, Mauze, Leggat & Belz, L.C.
>112 South Hanley, Suite 200
>St. Louis, MO 63105
>314/726-2800
>Fax 314/863-3821

Charles R. Patchin,
Michael K. Peterson and
Rebecca Powell:

> Richard F. Modin, Esq.
> Dougherty, Modin & Holloway
> 10100 Ambassador Drive, Suite 220
> Kansas City, MO 64153
> 816/891-9990
> Fax 816/891-9905

III. There is diversity of citizenship pursuant to 28 U.S.C. § 1332(d)(2)(A) because at least one of the plaintiffs is a citizen of a State different from one or more defendants.

VII. This case is a proposed class action under state law, but will not become subject to F.R.C.P. 23 until it is removed.