# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| MARY IONELLA KNIGHT, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No.: 05-1145-CV-W-ODS |
| | ) |
| CNS INTERNATIONAL | ) |
| MINISTRIES, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO REMAND

COME NOW, Plaintiffs Mary Ionella Knight and Mark Stajduhar, and hereby respectfully move for an order remanding this case to the Circuit Court of Jackson County, Missouri, pursuant to 28 U.S.C. §1447(c).

Respectfully Submitted,

Mark E. Parish
JAMES, TOTTA & PARRISH, L.L.C.
218 N.E. Tudor Road
Lee's Summit, MO 64086
816.554.1500 Telephone
816.554.1616 Facsimile

MONSEES, MILLER, MAYER,
PRESLEY, & AMICK, P.C.
A Professional Corporation
4717 Grand Avenue, Ste. 820
Kansas City, MO 64112-2258
816.361.5550 Telephone
816.361.5577 Facsimile

By___/s/  Richard C. Miller_____
RICHARD C. MILLER #29595

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served electronically on this 16th day of December, 2005.

to: Richard F. Modin  Timothy Belz
 Dougherty, Modin & Holloway  Ottsen, Mauzé, Leggat & Belz, L.L.C.
 10100 Ambassador Drive, Ste. 220  112 South Hanley, 2nd Floor
 Kansas City, MO 64153  St. Louis, MO 63105


_____/s/ Richard C. Miller_____
 RICHARD C. MILLER