**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MARY IONELLA KNIGHT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-1145-CV-W-ODS** |
| | ) | |
| **CNS INTERNATIONAL MINISTRIES, INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION FOR REMAND AND**
**UNOPPOSED REQUEST FOR STAY OF DEADLINE FOR RESPONDING TO**
**PLAINTIFFS' COMPLAINT**

Defendants jointly respond to plaintiffs' motion for remand as set forth herein and respectfully make the unopposed request that the Court stay the deadline for defendants' response to plaintiffs' complaint until 30 days after the Court rules on plaintiffs' motion for remand.

1.      This matter was removed from the Circuit Court for Jackson County, Missouri on November 16, 2005.

2.      On November 23, 2005, the Court granted all previously-served defendants until December 23, 2005, in which to respond to the complaint.

3.      On December 16, plaintiffs filed their motion to remand, in which, among other things, they promised to file an executed affidavit by plaintiff Mark Stajduhar.

4.      Conditioned upon the actual filing of the affidavit of Mark Stajduhar, and in reliance on the other representations contained in the December 16, 2005 affidavits of plaintiff Mary Ionella Knight and attorneys Mark Parrish and Richard Miller, defendants represent that they do not intend to file an opposition to plaintiffs' motion for remand.

5.     Defendants accordingly respectfully request that the Court stay the deadline for responding to plaintiffs' complaint until 30 days after the Court rules on plaintiffs' motion for remand.  Counsel for plaintiffs has been made aware of this request and does not oppose it.

WHEREFORE, defendants jointly represent that, upon plaintiffs' fulfillment of the conditions stated herein, they will not file an opposition to plaintiffs' motion for remand, and respectfully request that the Court stay the deadline for responding to plaintiffs' complaint until 30 days after the Court rules on plaintiffs' motion for remand.

Dated:  December 23, 2005

/Richard F. Modin/_____
Attorney for all defendants

Richard F. Modin, Esq., #27719
Dougherty, Modin & Holloway
10100 Ambassador Drive, Suite 220
Kansas City, MO 64153
816/891-9990
Fax 816/891-9905

Attorney for all defendants

Timothy Belz, Esq. #31808
Ottsen, Mauzé, Leggat & Belz, L.C.
112 South Hanley, 2nd Floor
St. Louis, MO 63105
314/726-2800
Fax 314/863-3821

Attorney for defendants
Charles N. Sharpe Foundation,
CNS Corporation and David Melton

Robert T. Haar
Lisa A. Pake
Haar & Woods, LLP
1010 Market Street, Suite 1620
St. Louis, MO  63101
(314)241-2224
Fax (314)241-2227

Attorneys for defendants
CNS International Ministries, Inc.,
Charles N. Sharpe and Laurie J. Sharpe


# CERTIFICATE OF SERVICE

A copy of the foregoing was served electronically this 23nd day of December, 2005, upon:

Mark E. Parrish, Esq.
James, Totta & Parrish, L.L.C.
218 N.E. Tudor Road
Lee's Summit, Missouri 64086

Richard C. Miller, Esq.
Monsees, Miller, Mayer, Presley & Amick, P.C.
4717 Grand Avenue, Suite 820
Kansas City, MO 64112-2258

/Richard F. Modin/_____
Attorney for all defendants