IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MARY IONELLA KNIGHT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-1145-CV-W-ODS |
| | ) | |
| CNS INTERNATIONAL MINISTRIES, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**SUGGESTIONS IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION FOR REMAND AND UNOPPOSED REQUEST FOR STAY OF DEADLINE FOR RESPONDING TO PLAINTIFFS' COMPLAINT**

Defendants have jointly responded to plaintiffs' motion for remand as set forth in their response and have made the unopposed request that the Court stay the deadline for defendants' response to plaintiffs' complaint until 30 days after the Court rules on plaintiffs' motion for remand.

The affidavits plaintiffs have filed and promised to file state that they will not seek damages in excess of $5,000,000.00 in the aggregate for themselves and all putative class members, and that they will not seek attorney fees or costs outside that aggregate limit of $5,000,000.00. In reliance on the representations contained in these affidavits, defendants do not intend to file an opposition to plaintiffs' motion for remand.

In light of the foregoing, Defendants have requested that the Court stay the deadline for their response to plaintiffs' complaint until 30 days after the Court rules on plaintiffs' motion for remand.

Dated: December 23, 2005

/Richard F. Modin/_____
Attorney for all defendants

Richard F. Modin, Esq., #27719
Dougherty, Modin & Holloway
10100 Ambassador Drive, Suite 220
Kansas City, MO 64153
816/891-9990
Fax 816/891-9905

Attorney for all defendants

Timothy Belz, Esq. #31808
Ottsen, Mauzé, Leggat & Belz, L.C.
112 South Hanley, 2nd Floor
St. Louis, MO 63105
314/726-2800
Fax 314/863-3821

Attorney for defendants
Charles N. Sharpe Foundation,
CNS Corporation and David Melton

Robert T. Haar
Lisa A. Pake
Haar & Woods, LLP
1010 Market Street, Suite 1620
St. Louis, MO 63101
(314)241-2224
Fax (314)241-2227

Attorneys for defendants
CNS International Ministries, Inc.,
Charles N. Sharpe and Laurie J. Sharpe

## CERTIFICATE OF SERVICE

A copy of the foregoing was served electronically this 23nd day of December, 2005, upon:

Mark E. Parrish, Esq.
James, Totta & Parrish, L.L.C.
218 N.E. Tudor Road
Lee's Summit, Missouri 64086

Richard C. Miller, Esq.
Monsees, Miller, Mayer, Presley & Amick, P.C.
4717 Grand Avenue, Suite 820
Kansas City, MO 64112-2258

      /Richard F. Modin/_____
      Attorney for all defendants