IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARY IONELLA KNIGHT and<br>MARK STAJDUHAR,<br><br>        Plaintiffs,<br><br>vs.<br><br>CNS INTERNATIONAL MINISTRIES,<br>INC., et al.,<br><br>        Defendants. | Case No. 05-1145-CV-W-ODS |

## ORDER (1) GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME AND (2) GRANTING PLAINTIFFS' MOTION TO REMAND

1. Defendants' Motion for Extension of Time (Doc. # 12) is granted, and Defendants shall have until and including January 28, 2006, to file their Answers to the Complaint.

2. With no opposition from Defendants, Plaintiffs' Motion to Remand (Doc. # 10) is granted, and the case is remanded to the Circuit Court for Jackson County, Missouri.

IT IS SO ORDERED.

DATE: December 28, 2005

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT