IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
DIVISION

| MARY IONELLA KNIGHT and<br>MARK STAJDUHAR,<br>       Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>       Defendant. | ) ) ) ) ) ) ) ) ) ) | JUDGMENT IN A CIVIL CASE<br><br><br>Case No. 05-1145-CV-W-ODS |
|---|---|---|

_____     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_     **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

    **IT IS ORDERED AND ADJUDGED** granting Defendants' Motio for Extension of Time and granting Plaintiffs' Motion to Remand.

                                          PATRICIA L. BRUNE, Clerk


DATE: 12/28/2005                                  \_/s/_____
                                                           Eva Will-Fees